IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
JUN 1 6 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS | : : | |
| v. | : : | Transferor District Court District of Massachusetts |
| CERTAIN DEFENDANTS | : : | |

# O R D E R

**AND NOW**, this **16th** day of **June 2009** it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in "Exhibit A", attached, are dismissed without prejudice for lack of prosecution pursuant to Federal Rule of Civil Procedure 41.

**AND IT IS SO ORDERED.**

_____

**EDUARDO C. ROBRENO, J.**

## Exhibit "A"

| Plaintiff's Name | E.D. Pa. Case # |
|---|---|
| Fred & Ruth Andrews | 07-64050 |
| Karen Beaton | 07-64214 |
| Audrey Coady | 07-64348 |
| Janet Copp | 07-64057 |
| Donald Corkran | 07-64386 |
| Janine Delancey | 07-64341 |
| Madeline Dyer | 07-64387 |
| Rocco Fabiano | 07-64380 |
| Virginia Fichera | 07-64347 |
| Arthur & Gertrude Fidler | 07-64064 |
| Georde & Norma Foster | 07-64079 |
| Peter & Loretta Fox | 07-64085 |
| Candace Furber | 07-64328 |
| Carl Joslin | 07-64328 |
| Robert & Josephine Grazioso | 07-63841 |
| Pamela Koger | 07-63843 |
| Pamela Lefebvre | 07-64330 |
| Bonnie & Richard Lepage | 07-64051 |
| Mary Lord | 07-64350 |
| Robert Mortali | 07-64331 |
| Mary & Edward Murphy | 07-64044 |
| Joseph Nigro | 07-64342 |
| Joan Onorato | 07-64368 |
| Beverly Pearson | 07-64388 |
| Flora Smart | 07-64388 |
| George Peters | 07-64370 |
| Elaine & Richard Pratt | 07-64312 |
| Dorothy Raso | 07-64319 |
| Carmella Richards | 07-64376 |
| Agnes Stevenson | 07-64065 |
| Irene Swartz | 07-64384 |
| Joseph Tomaselli | 07-64363 |
| Carolyn & Blaine Tufts | 07-64324 |
| Alessio Ventura | 07-64317 |
| Elise Waterman | 07-64346 |
| John Welch | 07-63844 |
| Orabelle Zakowsky | 07-64354 |
| Ida Zarella | 07-64337 |